IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE FARM FIRE and
CASUALTY COMPANY,

    Plaintiff,

v                         No. 1:20-cv-01134-KWR-SCY

DAXTON MARTINEZ,

    Defendant.

and

DAXTON MARTINEZ,

    Plaintiff,

v                         No. 1:20-cv-01278-KWR-SCY

STATE FARM FIRE and
CASUALTY COMPANY,

    Defendant.

## STIPULATED ORDER OF CONSOLIDATION

**THIS MATTER** having come before the Court upon the Stipulated Motion of the Parties, and the Court being duly advised **FINDS:**

1. That the Court has jurisdiction over the parties, and
2. That the Stipulated Motion to Consolidate is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Cause No. 1:20-cv-01134 and Cause No. 1:20-cv-01278 are consolidated into Cause No. 1:20-cv-01134.


**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

STIFF, KEITH & GARCIA, LLC

By   */s/ John S. Stiff*
     John S. Stiff
     Edward F. Snow
     400 Gold Avenue, SW, Suite 1300
     Albuquerque, New Mexico 87102
     (505) 243-5755
     jstiff@stifflaw.com
     esnow@stifflaw.com
     *Attorneys for State Farm Fire and Casualty Company*

Approved,

BLAZEJEWSKI & HANSEN, LLC

By   *email approval 7/6/2021*
     Eva K. Blazejewski
     Heather K. Hansen
     2501 Rio Grande Blvd., NW, Suite B
     Albuquerque, NM 87104
     505-554-1660
     eva@blazehansenlaw.com
     heather@blazehansenlaw.com
     *Attorneys for Daxton Martinez*