IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE FARM FIRE & CASUALTY COMPANY,

      Plaintiff,

v.             No. 1:20-cv-01134-KWR-SCY
          **Consolidated with**: No. 1:20-cv-01278-KWR-SCY

DAXTON MARTINEZ,

      Defendant.

AND

DAXTON MARTINEZ,

      Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion for Dismissal with Prejudice (**Doc. 67**) and the Court having considered the pleading and being otherwise fully informed in the premises, **HEREBY FINDS** that the Motion is **WELL-TAKEN**, and is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** all claims asserted by or on behalf of Plaintiff and Counter-Defendant, State Farm Fire & Casualty Company against Defendant and Counter-Plaintiff, Daxton Martinez, are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** the parties shall each bear their own fees and costs.

**IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                                       **UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED:**

    STIFF, GARCIA & ASSOCIATES, LLC

By    */s/ John S. Stiff*
    John S. Stiff, Esq.
    Edward F. Snow, Esq.
    500 Marquette Ave. N.W., Suite 1400
    Albuquerque, New Mexico 87102
    Phone:    (505) 243-5755
    jstiff@stifflaw.com
    esnow@stifflaw.com
    *Attorneys for State Farm Fire & Casualty Company*

**APPROVED BY:**

    BLAZEJEWSKI & HANSEN, LLC

By    */s/Approved*
    Eva K. Blazejewski
    Heather K. Hansen
    Blazejewski & Hansen, LLC
    2501 Rio Grande Blvd., NW, Suite B
    Albuquerque, NM 87104
    505-554-1660
    eva@blazehansenlaw.com
    heather@blazehansenlaw.com
    *Attorneys for Daxton Martinez*